**RECEIVED**
CHARLOTTE, N.C.

JUN 09 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:01CR1-V |
| | ) | |
| vs. | ) | ORDER TO DESTROY EVIDENCE |
| | ) | |
| HOWARD LYNN STARNES | ) | |
| | ) | |

THIS MATTER is before the Court upon the Government's motion for destruction of evidence in the above-captioned case.

For the reasons stated in the Government's motion and for good cause shown, the Court finds that the firearms, specifically a Stevens Model 311, Savage Arms Corporation, Double Barrel, 12-gauge shotgun, as well as two Remington Peters 12-gauge shot shells and 10 Remington high velocity 20-gauge shot shells now in the possession of the Bureau of Alcohol, Tobacco, Firearms and Explosives should be destroyed in accordance with the usual procedure for the destruction of such evidence.

IT IS, THEREFORE, ORDERED that the Government's motion to destroy evidence is hereby GRANTED.

This the 13th day of June, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT